FILED

05/25/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0483

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 21-0483

_____

STATE OF MONTANA,

Plaintiff and Appellee,

v.

O R D E R

JAMIE CAL FUSON,

Defendant and Appellant.

_____

Upon consideration of Appellant's motion for extension of time to file the reply brief, and good cause appearing,

IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including June 27, 2022, within which to prepare, file, and service the reply brief.

No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 25 2022